127 F.3d 298
 W.P., et al., Individually and as Representatives of a Class
pursuant to Fed.R.Civ. P. 23(a) and 23(b)(2) Appellants
v.
Peter VERNIERO,* Attorney General of New
Jersey; Jeffrey S. Blitz, Atlantic County Prosecutor;
Charles R. Buckley, Acting Bergen County Prosecutor;
Stephen G. Raymond, Burlington County Prosecutor; Stephen
G. Raymond, Burlington County Prosecutor; Joseph F. Audino,
Acting Camden County Prosecutor; Stephen D. Moore, Cape May
County Prosecutor; Neil S. Cooper, Acting Cumberland County
Prosecutor; Clifford J. Minor, Essex County Prosecutor;
Harris Y. Cotton, Gloucester County Prosecutor; Carmen
Messano, Hudson County Prosecutor; Sharon B. Ransavage,
Hunterdon County Prosecutor; Maryann K. Bielamowicz, Mercer
County Prosecutor; Robert W. Gluck, Middlesex County
Prosecutor; John Kaye, Monmouth County Prosecutor; W.
Michael Murphy, Jr., Morris County Prosecutor; Daniel J.
Carluccio, Ocean County Prosecutor; Ronald S. Fava, Passaic
County Prosecutor; Ronald A. Epstein, Salem County
Prosecutor; Dennis O.Leary, Sussex County Prosecutor;
Edward Neafsey, Acting Union County Prosecutor; John J.
O'Reilly, Warren County Prosecutor
 No. 96-5416.
 United States Court of Appeals,
Third Circuit.
 Sept. 17, 1997.
 
 Before: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, and McKEE, Circuit Judges.
 
 SUR PETITION FOR REHEARING
 
 1
 The petition for rehearing filed by appellants in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in banc, the petition for rehearing is denied.
 
 
 2
 Judge Becker would have granted rehearing.
 
 
 
 *
 (*Amended per Clerk's Order of 7/15/96)